# EXHIBIT C







Make sure your period
isn't on the guest list.

HOME | ON-AIR | SHOWS | EVENTS | LISTEN | WIN STUFF





# CAUTION: THE CROSSROADS MALL PARKING LOT COULD DAMAGE YOUR CAR

Dana Marshall | Published: July 18, 2022

Dana Marshall









SHARE ON FACEBOOK                    SHARE ON TWITTER

FEATURED

Why does the Crossroads Mall currently look like the face of the moon?

I have nothing but love for Crossroads Mall.  So please, don't mistake my concern for being a Karen.  I have so many fond memories of hanging out with friends at Crossroads back in the 90s.  In fact, I made a lot of terrible clothing choices and purchased multi-colored outfits from a store called Merry-Go-Round. #NoRegrets

WMU STUDENTS HE
OLD THREE RIVERS



LEA MICHELE
BEST LIVE VOCALS



That's why I'm so concerned about what is happening to the mall now.  I understand box stores have it rough competing with internet shopping.  I also understand that the Crossroads Mall has lost very important anchor

stores over the last few years.  But why are the parking lot and Ring Road, which circles the mall, almost undrivable?  You have to make a very strange detour if you're trying to get to Celebration Cinema to see a movie.  Now there are orange barrels blocking the most degraded area of Ring Road.

## CROSSROADS MALL PARKING LOT IN SHAMBLES

*Gallery Credit: Dana Marshall*

Dana Marshall

### Crossroads Mall / Ring Road

The potholes inside this area are very large and surprisingly deep.

Dana Marshall

### Crossroads Mall / Ring Road

The potholes inside this area are very large and surprisingly deep.

Dana Marshall

**Crossroads Mall / Ring Road**

If you are on Ring Road heading toward Celebration Cinema you will be forced to take a strange detour thru the parking lot to avoid the worst road damage.

**Crossroads Mall / Ring Road**

Dana Marshall

**Crossroads Mall / Ring Road**

Dana Marshall

**Ring Road damage**

Going around a curve just past the movie theater has even more large potholes.

Dana Marshall

## JC Penny Parking Lot

Many areas in front of JC Penny need immediate attention too.

Dana Marshall

## Crossroads Parking Lot Issues

Some areas, like the hole near the drain, are barricaded with orange barrels.

Dana Marshall

**Crossroads Mall Parking Lot Issues**

**Crossroads Mall Parking Lot**

Dana Marshall

Dana Marshall

**Crossroads Mall Parking Lot Issues**

Dana Marshall

## Crossroads Mall Parking Lot Issues

Much of the upper deck of the parking lot is now roped off.

Dana Marshall

## Crossroads Mall Parking Lot Issues

The parking lot is becoming a yard as mother nature has begun taking over the badly weathered pavement.

Dana Marshall

## Crossroads Mall Parking Lot Issues

Dana Marshall

**Crossroads Mall Parking Lot Issues**

Dana Marshall

**Crossroads Mall Parking Lot Issues**

Oddly enough, there is now all-new blue paint and accessible curbs for handicapped customers. This makes me wonder if they got in trouble for not keeping their handicap accessibility up to date. It's just a theory, but very odd that everything else in this parking lot has been untouched for years.

Case 1:23-cv-00478    ECF No. 1-2, PageID.76    Filed 05/09/23    Page 11 of 25

Dana Marshall

**Crossroads Mall Parking Lot Issues**

Oddly enough, there is now all-new blue paint and accessible curbs for handicapped customers. This makes me wonder if they got in trouble for not keeping their handicap accessibility up to date. It's just a theory, but very odd that everything else in this parking lot has been untouched for years.

Dana Marshall

## Messed up Parking Lot near Macy's

Oddly enough, there is now all-new blue paint and accessible curbs for handicapped customers. This makes me wonder if they got in trouble for not keeping their handicap accessibility up to date. It's just a theory, but very odd that everything else in this parking lot has been untouched for years.

Dana Marshall

## Crossroads Mall Parking Lot

Dana Marshall

## Crossroads Mall Parking Lot near JC Pennys

Dana Marshall

**Crossroads Mall / JC Penny Parking Lot**



Dana Marshall

**JC Penny**

Mother nature has begun taking over the building.

61˚     68˚     74˚

*Search Site*

## Crossroads asks Metro Transit for $75,000 to help fix potholes surrounding mall

by Autumn Pitchure | News Channel 3
Tue, March 28th 2023, 7:49 PM EDT





*Crossroads Mall who has been serving southwest Michigan for the past 43 years is searching for assistance with funding to fix the crumbling roads surrounding the mall. (Autumn Pitchure/ WWMT)*

PORTAGE, Mich. — Crossroads Mall in Portage is searching for assistance with funding to fix the crumbling roads surrounding the mall.

Mall owners are turning to Kalamazoo Metro Transit for help with the estimated $700,000 project.

Buses travel nearly 800 routes a week along Ring Road, surrounding the mall, according to Marni Sawicki the General Manager of Crossroads Mall. Sawicki believes the buses are a major contributor to the deterioration.

If you're headed in for a shopping spree at the mall it's almost impossible to not be struck by a pothole in the parking lot or along Ring Road which circles the area.

Promoted Links

61° 68° 74°

"Where people are like, 'The potholes are terrible', it has only gotten worse," Sawicki said.

Roads surrounding the mall have been deteriorating for over a decade, according to Sawicki.

Mall owners have been struggling to keep up with restoration.

"We are trying to address those, but as you know we have escalators, our escalator down here is down, roofs you name it as far as repairs," she said.

Kalamazoo Metro transit buses travel around 3200 routes a month to drop off riders to the mall.

"What used to be a little hole every time the bus goes through, it kind of widens it and widens it, now I have four sink holes on my property, mostly where the bus stop is," Sawicki said.

Mall management is asking Metro Transit for $75,000 in order to make vital repairs along Ring Road, which the transportation center utilizes every day.

"I am not looking for you to pay for my whole road," Sawicki said. "But at least help me with the damaged part that your buses use."

Kathy Schultz, The Planning and Development Manager at Metro believes they are an asset to the mall dropping riders off to shop.

"We bring value to the community through our passengers, our passengers spend money at crossroads mall," Schultz said.

Metro Transit is not interested in paying for the repairs, according to Schultz.

"Initially it was surprising that that partnership with Crossroads is to the point that we are being asked to pay, to be able to have space for our riders who need the access to the mall," Schultz

said.

61°        68°        74°

According to Schultz, if Metro can't come to a what is called a reciprocal easement agreement, Metro would have to move their stops off the mall's property.

"Everything is on the table right now, because if I can't get some relief, it only makes sense that I should not let the buses on Ring Road," Sawicki said.

To date, an agreement has not been reached by the mall or Metro, however both told News Channel 3 they are hoping to work together to find the best solution for their customers and riders.

By May, the mall anticipates fixing a main portion of Ring Road between MLK and JCPenney for the safety of the community, according to Sawicki.

## MORE TO EXPLORE

**31-year-old high school employee accused of sexually assaulting student**

**Michigan State Police troopers make an unusual discovery alongside US-131**

**Woman, 3 children identified in house fire murder-suicide**

## SPONSORED CONTENT

by Taboola

### Look For Any High School Yearbook, It's Free

**Classmates** | SPONSORED

### How Much Does It Cost To Replace Old Windows With New, Energy Efficient Ones?

**rbafibrexwindows.com** | SPONSORED

Learn More

### Online Strategy Game 2023

# EXHIBIT D

## Pep Boys

Work Order - Store Copy

PORTAGE
5630 S. WESTNEDGE AVE.
5630 S WESTNEDGE AVE
PORTAGE, MI 49002
(269) 388-2240
RL# F145441

**Service Manager:** ANDREW MOREY

If you have any questions
or concerns, please call:
**(269) 910-8534**

| | TRACKING ID# * | |
|---|---|---|
| Store ID # | Service Work Order # | |
| **0289** | **2219601** | |

Insurance :

Policy Number :

| Name: | Year: | 2010 | Date : | 2023-04-17 |
| Address: | Make: | AUDI | Entered By: | NA |
| City: | Model: | A6 | Time In: | 14:35:13 |
| State: | Engine: | V6-2995 3.0L DOHC | Date/Time Promised: | |
| Zip: | Vin No.: | | Old Parts Returned: | no |
| Home Phone: | License No: | | | |
| Contact Phone: | Mileage In / Out: | / | | |
| | Color: | | | |

**Storage Charges:** Any vehicle that is left unattended for more than 7 business days may be towed at the owner's expense. For more information, please see Store Manager

I HEREBY AUTHORIZE PEP BOYS TO PERFORM THE REPAIRS ON THIS WORK ORDER AND TO FURNISH THE NECESSARY MATERIALS AND ITS EMPLOYEES TO OPERATE THE VEHICLE FOR PURPOSES OF INSPECTION, TESTING AND DELIVERY. I UNDERSTAND THAT ANY COST QUOTED IS AN ESTIMATE. I UNDERSTAND THAT UNLESS DIRECTLY CAUSED BY PEP BOYS, IT IS NOT RESPONSIBLE FOR ANY LOSS OR DAMAGE TO THE VEHICLE OR ITS CONTENTS THAT THE VEHICLE MAY BE PARKED IN THE PEP BOYS' PARKING LOT AND THAT VEHICLES ARE LEFT OVERNIGHT AT OWNER'S RISK     **X**

| Initial Estimate | Parts $: | Labor $ : | Total $ : | Date and Time : | |
|---|---|---|---|---|---|
| | 877.34 | 483.99 | 1451.07 | 2023-04-17 | 14:35:13 |

YOU HAVE THE RIGHT TO A WRITTEN ESTIMATE WHICH IS SIGNED BY YOU AND THE DEALER BEFORE REPAIR SERVICES ARE AUTHORIZED AND BEGUN. I ACKNOWLEDGE NOTICE AND ORAL APPROVAL OF AN INCREASE IN THE ORIGINAL ESTIMATED PRICE.

(_) IN PERSON (_) PHONE

SIGNED _____ DATE _____

THERE IS NEVER A CHARGE FOR A WRITTEN ESTIMATE. DIAGNOSTIC, REPAIRS, PARTS AND SERVICE PRICES ARE QUOTED AND APPROVED PRIOR TO PERFORMING SERVICE.

YOU ARE ENTITLED BY LAW TO THE RETURN OF ALL PARTS REPLACED, EXCEPT THOSE WHICH ARE TOO HEAVEY OR LARGE, AND THOSE REQUIRED TO BE SENT BACK TO THE MANUFACTURER OR DISTRIBUTOR BECAUSE OF WARRANTY WORK OR AN EXCHANGE AGREEMENT. YOU ARE ENTITLED TO INSPECT THE PARTS WHICH CANNOT BE RETURNED TO YOU.

| TYPE | PART | DESCRIPTION | CODE | MECHANIC | HRLY RATE | HRS | QTY | SOURCE | EACH | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| OT | | Shop Fee | N | | | | 1 | | 35.00 | 35.00 |

## Not Yet Authorized

| TYPE | PART | DESCRIPTION | CODE | MECHANIC | HRLY RATE | HRS | QTY | SOURCE | EACH | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| PK | 1770504 | FRONT QUICKSTRUT REPLACEMENT | | | | | | | | |
| LB | NONE | R&I Or R&R Front Shock &/Or Strut Assembly - Both | N | | 120.00 | | 1 | | 384.00 | 384.00 |
| LB | | COMPUTERIZED WHEEL ALIGNMENT | N | | | | 1 | | 99.99 | 99.99 |
| | | | | | | | | **Package SubTotal : 483.99** | | |
| PN | 1335661 | FRONT STRUTS | N | | | | 2 | OP | 438.67 | 877.34 |

**Parts: 877.34     Labor : 483.99     Other : 35.00          Tax : 54.74     Total : 1451.07**

Code Descriptions

N:New

# MAPLE HILL
## AUTO GROUP
5622 WEST MAIN ST.
KALAMAZOO, MICHIGAN 49009
PHONE (269) 342-6600

DISCLAIMER OF WARRANTIES - THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR THE PARTICULAR PURPOSE, AND THE SELLER NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF THE PARTS. NO REFUND ON ELECTRICAL OR SPECIAL ORDERED RETURNED PARTS.

| DATE ENTERED | YOUR ORDER NO. | DATE SHIPPED | INVOICE DATE | INVOICE NUMBER |
|---|---|---|---|---|
| 17 APR 23 | | 17 APR 23 | | Q290432 |

**** I N V O I C E   Q U O T E - DO NOT PAY ****

SOLD TO: ACCOUNT NO. P98

CASH VW

SHIP TO: CASH VW

PAGE 1 OF 1

Q290432

| SHIP VIA | SLSM. CL | B/L NO. | | TERMS **VW CASH** | F.O.B. KALAMAZOO, MI |
|---|---|---|---|---|---|

| ORD. | SHIP | B.O. | PART NUMBER | DESCRIPTION | LIST | NET | AMOUNT |
|---|---|---|---|---|---|---|---|
| 2 | 2 | 0 | 4F0-413-031-BQ | SHOCK ABS | 383.33 | 383.33 | 766.66 |
| 2 | 2 | 0 | 4F0-411-105-BJ | SPRING | 243.33 | 243.33 | 486.66 |
| 2 | 2 | 0 | 4F0-412-066 | PLATE | 101.67 | 101.67 | 203.34 |

**** I N V O I C E   Q U O T E - DO NOT PAY ****

NO REFUND ON ELECTRICAL OR SPECIAL ORDERED PARTS

NO REFUND AFTER 30 DAYS

ALL CLAIMS AND RETUNRED GOODS MUST BE ACCOMPANIED BY THIS INVOICE

20% RE-STOCK CHARGE ON ALL SPECIAL ORDERED PARTS

ATTENTION!! EFFECTIVE IMMEDIATELY
Special order precut keys
are to be prepaid and are
non refundable.
Thank you for your understanding.

| | |
|---|---|
| PARTS | 1,456.66 |
| SUBLET | |
| FREIGHT | 0.00 |
| SALES TAX | 87.40 |
| TOTAL | $1,544.06 |

*Thank You!*

**ACCOUNTING COPY**

ALL GOODS RETURNED MUST BE ACCOMPANIED BY THIS INVOICE





AUTO VALUE KALAMAZOO
3617 STADIUM DRIVE

KALAMAZOO,  MI  49008
(269)372-1936
Shop online anytime!
www.MYAUTOVALUESTORE.com
Thank you for your continued support!

CERTIFICATE UNDER AGRICULTURAL PRODUCING EXEMPTION
-Illegal use of this certificate subjects persons to the penalties of the Sales Tax Act. - The undersigned hereby certifies that all items, except as indicated hereon, are purchased for use or consumption in connection with the production of horticultural or agricultural products as a business enterprise and agrees to reimburse the seller the sales tax if used or consumed otherwise.

SIGNED BY PURCHASER

X _____

TIME DELIVERED _____

Quote will expire 4/27/2023

| CUSTOMER | | | |
|---|---|---|---|
| 1 | (269)372-1936 | Quote # 260-276240 | Station: CW |
| VALUED CASH CUSTOMER | | PO # | Page #1 |
| Thank you for your | | Date: 4/17/2023 | Time: 2:03:41 PM |
| KALAMZOO, MI 49008 | | | Counterman: KEP |

| QUANTITY | LINE | PART NUMBER | DESCRIPTION | RECYCLE | LIST EA. | YOUR COST | EXTENSION | TAX |
|---|---|---|---|---|---|---|---|---|
| IQ 2 | MCP | 2010 AUDI A6 V6-2995 3.0L DOHC<br>MP1335661  COMPLETE STRUT A | 0.00 | 599.99 | 436.99 | 873.98 | T |

| 2 | | 0.00 | 0.00 | -0.00 | 0.00 | 1,199. | 0.00 | 873.98 | 52.44 |
|---|---|---|---|---|---|---|---|---|---|
| TOTAL UNITS | | FREIGHT | LABOR | MISC. | RECYCLE TOTAL | LIST TOTAL | NON-TAXABLE | TAXABLE | TOTAL TAX |

| RECEIVED BY: | X | ***** QUOTE ***** | $926.42 | ◄ PAY THIS AMOUNT |
|---|---|---|---|---|

# DISCOUNT TIRE

3/21/2023
9:55 AM

**TERRY GENTRY**
**1394 CLIFF BARNS DR**

**KALAMAZOO, MI 49009**
**269.501.8009    (H)**

2010   AUDI
A6 3.0T
18"BASE   PREM PLUS

Plate#:   H3489
Mileage Unknown
Torque Specs:   90

MIK 06
4333 S WESTNEDGE AVE
KALAMAZOO, MI 49008
269.381.9170

Invoice #
1648063

Salesperson   5
JASON W

Layaway Acct
1147098034

| Article | Qty | Description | FET | Price | Amount |
|---------|-----|-------------|-----|-------|--------|

**\* THIS IS NOT A SALES INVOICE! — LAYAWAY DEPOSIT \***

| Article | Qty | Description | FET | Price | Amount |
|---------|-----|-------------|-----|-------|--------|
| 80219 | 4 | INSTALLATION & | | 22.00 | 88.00 |
| NRM | | LIFE OF TIRE MAINTENANCE | | | |
| | | Terms and Conditions can be found at | | | |
| | | www.discounttire.com/customer—service/invoice—terms | | | |
| OEM INFLATION F:39 | | | | | |
| OEM INFLATION R:42 | | | | | |
| OEM INFLATION F:39 | | | | | |
| OEM INFLATION R:42 | | | | | |
| OEM INFLATION F:39 | | | | | |
| OEM INFLATION R:42 | | | | | |
| BOLT PATTERN: 5—112 | | | | | |
| 48495 | 4 | 18  X8   5—112.00 40  SLGLMA | | 210.00 | 840.00 |
| NRM | | PET  P3A | 72.00 | | |
| | | WARRANTY — Lifetime structural, 1 year finish | | | |
| 57722 | 1 | BIM 14X1.50 BLTSD  1.03 CL SL 5L | | 62.00 | 62.00 |
| NRM | | HDWARE LUG BOLT KIT BETB20D26 | | | |
| 83525 | 1 | TSW 72—57.1      BLACK | | 4.00 | 4.00 |
| NRM | | HUB RING PLASTIC SR671 | | | |

|  |  |
|--|--|
| Sub Total: | 994.00 |
| Sales Tax: | 54.36 |
| Sales Total: | 1,048.36 |

Tkn# XXXXXXXX2879   Ath# 261397

|  |  |  |
|--|--|--|
| Tendered: | 109.18 | (DBT) |
| Tendered Today: | 109.18 | |

| Tendered Total: | 1,048.36 |
|-----------------|----------|

| Balance Due: | .00 |
|--------------|-----|

www.discounttire.com/tire—registration



*Tires and Rims*

VIEW SALES INVOICE
DISCOUNT TIRE                                   3/18/2023
                                                4:04 PM

TERRY GENTRY
1394 CLIFF BARNS DR
KALAMAZOO, MI 49009
269.501.8009 (H)

2010  AUDI                  Plate#: H3489
A6 3.0T                     Miles:  207,145
18"BASE   PREM PLUS         Torque Specs:  90

MIK 06                                          Invoice #
4333 S WESTNEDGE AVE                            1647919
KALAMAZOO, MI 49008
269.381.9170

Salesperson   5
JASON W

Estimated Completion Time:          05:00 PM
-----------------------------------------------------------
Article   Qty  Description              FET      Price    Amount
-----------------------------------------------------------
 89644     2  245  /40   R18    97Y XL BSW       195.00    390.00
   NRM          CON  CONTROL CONTACT SPORT SRS+
TIRE MILEAGE WARRANTY:  50000
BOLT PATTERN: 5-112
INFLATION F:38 R:42
 80017     2  CERTIFICATES FOR                    35.01     70.02
   NRM          REFUND, REPLACEMENT
For tire certificate details, see
    www.discounttire.com/customer-service/certificates
 80224     2  WASTE TIRE                            2.50      5.00
   NRM          DISPOSAL FEE
 80219     2  INSTALLATION &                        22.00     44.00
   NRM          LIFE OF TIRE MAINTENANCE
Terms and Conditions can be found at
    www.discounttire.com/customer-service/invoice-terms
 44444    -2  P245/40-18   XL                      187.53   -375.06
   MFG          VNT QUATRAC PRO - 97
 89644     2  245  /40   R18    97Y XL BSW          195.00    390.00
   NRM          CON  CONTROL CONTACT SPORT SRS+
TIRE MILEAGE WARRANTY:  50000
INFLATION F:38 R:42
 80017     2  CERTIFICATES FOR                      35.01     70.02
   NRM          REFUND, REPLACEMENT
For tire certificate details, see
    www.discounttire.com/customer-service/certificates
 80403     2  ADJUSTMENT/BAL & VAL                  22.00     44.00
   NRM          LIFETIME

            I hereby certify I am the owner of the product
            presented for warranty claim and the product
            described was not involved in any accident,
            personal injury, consequential damage, or other
            loss. I accept this adjustment credit in lieu of
            other claims.
            I agree the product returned for replacement

becomes the property of the product manufacturer.

The tire and/or wheel you have chosen is different
from the original equipment provided with your
vehicle and may change its handling or stability
characteristics.
Further information is available from your
Discount Tire salesperson.

|  |  |  |
|---|---|---|
| Sub Total: | 637.98 | |
| Sales Tax: | 24.60 | |
| Sales Total: | 662.58 | |
| Tendered: | 662.58 | (VIS) |
| Tendered Today: | 662.58 | |
| Tendered Total: | 662.58 | |

Tkn# XXXXXXXX4532    Ath# 43803C

**MCDONALD'S TOWING**
2975 INTERSTATE PKWY.
KALAMAZOO, MICHIGAN 49048
**(269) 342-0973**
WWW.MCDONALDSTOWING.COM

DATE _____ TIME _____ A.M. P.M. REQUESTED BY _____

LOCATION OF VEHICLE _____

NAME _____ PHONE _____

ADDRESS _____ ZIP _____

| MILEAGE | TOW TYPE | SERVICE |
|---|---|---|
| FINISH _____ | ☐ SLING/HOIST | ☐ LOCKOUT |
| START _____ | ☐ WHEEL LIFT | ☐ FLAT TIRE |
| TOTAL _____ | ☐ FLATBED | ☐ JUMP START |
| | ☐ _____ | ☐ OUT OF GAS |

YEAR _____ MAKE _____ MODEL _____ COLOR GRN # DOORS _____ O.D. READING _____

STATE _____ LIC. NO. _____ VEHICLE ID. NO. _____

| TOW PER ORDER OF | REASON/COMPL# | SPECIAL EQUIPMENT |
|---|---|---|
| ☐ CITY POLICE | ☐ IMPOUND # _____ | ☐ SINGLE LINE WINCHING |
| ☐ TOWNSHIP POLICE | ☐ ACCIDENT # _____ | ☐ DUAL LINE WINCHING |
| ☐ STATE POLICE | ☐ PR. PROP I # _____ | ☐ EXTRA TRUCK / PERSON |
| ☐ PORTAGE POLICE | ☐ OTHER _____ | ☐ GO-JAKS |
| ☐ COUNTY SHERIFF | ☐ KEYS _____ | ☐ DOLLY |
| ☐ WMU POLICE | ☐ DRIVEABLE _____ | ☐ _____ |

VEHICLE TOWED TO _____ P.O. # _____

REMARKS _____

| | |
|---|---|
| | MILEAGE CHARGE |
| | TOWING CHARGE |
| PAID BY: ☒ CR. CARD ☐ CASH ☐ CHECK ☐ CHARGE | LABOR CHARGE |
| | STORAGE CHARGE |
| | PREVIOUS INVOICE |

OPERATOR'S SIGNATURE TRUCK / CALL #

AUTHORIZED SIGNATURE

TOTAL _____

814490

**Thank You For Your Business**

DELUXE FOR BUSINESS  1-800-328-4327