AO 440 (Rev. 01/09) Summons in a Civil Action - MIWD (Rev. 07/15)

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

CROSSROADS MALL REALTY HOLDING, LLC

v.

KALAMAZOO COUNTY TRANSPORTATION AUTHORITY et al.

Case No. 1:23-cv-00478
Hon. Jane M. Beckering

TO: Kalamazoo County Transportation Authority
ADDRESS: 530 N. Rose Street, Kalamazoo, MI, 49007

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Crossroads Mall Realty Holding, LLC
The Private Firm
Reese Serra (P74482)
125 E. Third St. Ste. 100
Rochester, MI, 48307

CLERK OF COURT

_____     _____
By: Deputy Clerk                        Date

---

## PROOF OF SERVICE

This summons for ____Kalamazoo County Transportation Authority____ was received by me on _____.
(name of individual and title, if any)                                                        (date)

☐ I personally served the summons on the individual at _____
                                                              (place where served)
on _____.
   (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                       (date)

☐ I served the summons on _____, who is designated by law to accept service
                              (name of individual)
of process on behalf of _____ on _____.
                          (name of organization)                  (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Server's printed name and title

Additional information regarding attempted service, etc.:

_____
Server's address

AO 440 (Rev. 01/09) Summons in a Civil Action - MIWD (Rev. 07/15)

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

CROSSROADS MALL REALTY HOLDING, LLC

v.

CENTRAL COUNTY TRANSPORTATION AUTHORITY et al.

Case No. 1:23-cv-00478
Hon.   Jane M. Beckering

TO: CENTRAL COUNTY TRANSPORTATION AUTHORITY
ADDRESS: 530 N. Rose Street, Kalamazoo, MI, 49007

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

   399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI  49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
   107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI  49007
   113 Federal Building, 315 W. Allegan, Lansing, MI  48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Crossroads Mall Realty Holding, LLC
The Private Firm
Reese Serra (P74482)
125 E. Third St. Ste. 100
Rochester, MI, 48307

CLERK OF COURT

_____
By: Deputy Clerk                        Date

## PROOF OF SERVICE

This summons for __CENTRAL COUNTY TRANSPORTATION AUTHORITY__ was received by me on _____.
(name of individual and title, if any)                                                                                  (date)

☐ I personally served the summons on the individual at _____
on _____.                                              (place where served)
      (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                                                                    (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                                                   (date)

☐ I served the summons on _____, who is designated by law to accept service
                                                       (name of individual)
of process on behalf of _____ on _____.
                                          (name of organization)                                (date)

☐ I returned the summons unexecuted because _____.
☐ Other *(specify)* _____.

   My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.
Date:_____                       _____
                                                                                  Server's signature

Additional information regarding attempted service, etc.:    _____
                                                                                  Server's printed name and title

                                                                                  _____
                                                                                  Server's address

AO 440 (Rev. 01/09) Summons in a Civil Action - MIWD (Rev. 07/15)

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

CROSSROADS MALL REALTY HOLDING, LLC

v.

THE CITY OF PORTAGE et al.

Case No. 1:23-cv-00478
Hon. Jane M. Beckering

TO: THE CITY OF PORTAGE
ADDRESS: 7900 South Westnedge Ave.
Portage, MI, 49002

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

   399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
   107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
   113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Crossroads Mall Realty Holding, LLC
The Private Firm
Reese Serra (P74482)
125 E. Third St. Ste. 100
Rochester, MI, 48307

CLERK OF COURT

_____
By: Deputy Clerk                                                            Date

## PROOF OF SERVICE

This summons for _____**THE CITY OF PORTAGE**_____ was received by me on _____.
(name of individual and title, if any)                                                                    (date)

☐ I personally served the summons on the individual at _____
                                                                                   (place where served)
on _____.
    (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                  (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                      (date)

☐ I served the summons on _____, who is designated by law to accept service
                            (name of individual)
of process on behalf of _____ on _____.
                      (name of organization)                              (date)

☐ I returned the summons unexecuted because _____.

☐ Other *(specify)* _____.

   My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date:_____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address

AO 440 (Rev. 01/09) Summons in a Civil Action - MIWD (Rev. 07/15)

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

CROSSROADS MALL REALTY HOLDING, LLC

v.

KALAMAZOO COUNTY et al.

Case No. 1:23-cv-00478
Hon. Jane M. Beckering

TO: KALAMAZOO COUNTY
ADDRESS: 201 West Kalamazoo Ave.
Kalamazoo, MI, 49007

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Crossroads Mall Realty Holding, LLC
The Private Firm
Reese Serra (P74482)
125 E. Third St. Ste. 100
Rochester, MI, 48307

CLERK OF COURT

_____
By: Deputy Clerk          Date

---

## PROOF OF SERVICE

This summons for ___KALAMAZOO COUNTY___ was received by me on _____.
(name of individual and title, if any)                                    (date)

☐ I personally served the summons on the individual at _____
                                                        (place where served)
on _____.
    (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                  (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                       (date)

☐ I served the summons on _____, who is designated by law to accept service
                            (name of individual)
of process on behalf of _____ on _____.
                         (name of organization)                 (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Server's printed name and title

Additional information regarding attempted service, etc.:

_____
Server's address