UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| CROSSROADS MALL REALTY HOLDING, LLC, a Michigan limited liability company in Good standing, | Case No. 1:23-cv-00478-JMB-PJG |
| | Honorable Jane M. Beckering |
| Plaintiff, | Magistrate Judge Phillip J. Green |
| v | |
| KALAMAZOO COUNTY TRANSPORTATION AUTHORITY, KALAMAZOO COUNTY, THE CITY OF PORTAGE, and CENTRAL COUNTY TRANSPORTATION AUTHORITY, | |
| Defendants. | |

_____/

| | |
|---|---|
| SERRA LAW FIRM, PLLC (dba THE PRIVATE FIRM) Reese Serra (P74482) William M. Donovan (P12892) Mateusz Wozniak (P78554) *Attorneys for Plaintiff* 125 E Third St, Ste. 100 Rochester, MI 48307 (248) 781-4501 info@thefirm.net | ROSATI, SCHULTZ, JOPPICH, & AMTSBUECHLER, P.C. Andrew J. Brege (P71474) *Attorney for Defendant City of Portage* 822 Centennial Way, Suite 270 Lansing, MI 48917 (517) 886-3800 abrege@rsjalaw.com |
| | CUMMINGS, MCCLOREY, DAVIS & ACHO Allan C. Vander Laan (P33893) Kristen L. Rewa (P73043) *Attorney for Defendants Kalamazoo County Transportation Authority, Kalamazoo County & Central County Transportation Authority* 2851 Charlevoix Drive SE, Ste. 327 Grand Rapids, Michigan 49546 (616) 975-7470 avanderlaan@cmda-law.com krewa@cmda-law.com |

_____/

**STIPULATION AND ORDER OF DISMISSAL AS TO DEFENDANT CITY OF PORTAGE ONLY**

## STIPULATION

NOW COME the parties and hereby agree and stipulate that all claims against Defendant City of Portage, only, are dismissed without prejudice and without costs to either party. Approved for entry:

Dated: June 28, 2023                /s/ Reese Serra
                                    Reese Serra (P74482)
                                    Attorney for Plaintiff


Dated: June 28, 2023                /s/ Andrew J. Brege
                                    Andrew J. Brege (P71474)
                                    Attorney for Defendant City of Portage

## ORDER

This matter having come before the Court on the stipulation of the parties, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that all claims against Defendant City of Portage, only, are dismissed without prejudice and without costs to either party.


Dated:   June 28, 2023              /s/ Jane M. Beckering
                                    Honorable Jane M. Beckering
                                    U.S. District Court