UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CROSSROADS MALL REALTY HOLDING,
LLC,

    Plaintiff,

v.

KALAMAZOO COUNTY
TRANSPORTATION AUTHORITY, et al.,

    Defendants.
_____/

Case No. 1:23-cv-478

HON. JANE M. BECKERING

## ORDER

Plaintiff initiated this action on May 9, 2023 with the filing of a complaint (ECF No. 1). On June 15 and 16, 2023, Defendants filed motions to dismiss (ECF Nos. 13 & 15). On July 4, 2023, on leave granted, Plaintiff filed an Amended Complaint (ECF No. 20). Because the Amended Complaint supersedes the earlier pleading, *see In re Refrigerant Compressors Antitrust Litig.*, 731 F.3d 586, 589 (6th Cir. 2013), Defendants' pending motions are moot. Accordingly,

**IT IS HEREBY ORDERED** that the motions to dismiss (ECF Nos. 13 & 15) are DISMISSED as moot.

Dated: July 5, 2023

    /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge