UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CROSSROADS MALL REALTY
HOLDING, LLC,

    Plaintiff,

v.

KALAMAZOO COUNTY
TRANSPORTATION AUTHORITY, et al.,

    Defendants.
_____/

Case No. 1:23-cv-478

HON. JANE M. BECKERING

## ORDER

This matter is before the Court on the parties' Proposed Stipulated Order (ECF No. 26), seeking an extension of time for Defendants to file their reply. The Court having reviewed the filing:

**IT IS HEREBY ORDERED** that the Proposed Stipulated Order (ECF No. 26) is GRANTED to the extent that Defendants' reply to the response to their motion to dismiss is due not later than <u>August 29, 2023</u>.

Dated:  August 21, 2023

  /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge