UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CROSSROADS MALL REALTY HOLDING, LLC,

    Plaintiff,

v.

KALAMAZOO COUNTY
TRANSPORTATION AUTHORITY, et al.,

    Defendants.
_____/

Case No. 1:23-cv-478

HON. JANE M. BECKERING

## **JUDGMENT**

In accordance with the Opinion and Order entered this date:

**IT IS HEREBY ORDERED** that Plaintiff's First Amended Complaint (ECF No. 20) is DISMISSED.

Dated:  January 16, 2024

  /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge